**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

**PATRICK LORNE FARRELL,**

        **Plaintiff,**

-vs-                                         **Case No. 2:09-cv-158-FtM-99DNF**

**VT INC., as Trustee for World Omni LT,
State of Florida,**

        **Defendants.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **AFFIDAVIT OF INDIGENCY CONSTRUED AS A MOTION TO PROCEED IN FORMA PAUPERIS (Doc. No. 2)** |
| **FILED:** | **March 17, 2009** |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED** and this action be dismissed.

On March 19, 2009, the Plaintiff, Patrick Lorne Farrell filed a Complaint (Doc. 1) entitled "Claim for Trespass and Copyright Infringement." The Plaintiff also filed an Affidavit of Indigency (Doc. 2) requesting leave to proceed without the prepayment of fees and costs. On March 26, 2009, the Court entered an Order (Doc. 6) requiring the Plaintiff to file an Amended Complaint. The Plaintiff filed an Amended Complaint for Trespass and Copyright Infringement (Doc. 9) on April 20, 2009.

It is prior Order (Doc. 6) the Court informed the Plaintiff that when an application is filed to proceed *in forma pauperis*, the Court is obligated to review the file pursuant to Title 28 U.S.C. § 1915. Section 1915(e)(2)(B) requires the Court to dismiss the case if it determines that the action is frivolous or malicious; if it fails to state a claim upon which relief may be granted; or if the complaint seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. §1915.

The allegations in the Amended Complaint are confusing. It appears that the Plaintiff's vehicle was repossessed. The Plaintiff is suing the company that repossessed the vehicle, a Deputy Sheriff, a Circuit Judge, and an attorney. The Plaintiff alleges a claim for Copyright Infringement and Trespass. The Plaintiff claims that he paid for his Toyota Truck with a "bill of exchange", but the World Omni Financial Corp. would not accept it and only accepts U.S. funds. The claim for Copyright Infringement is the only federal claim alleged. The Plaintiff appears to be claiming that his name is copyrighted and the Defendants infringed this copyright in repossessing his vehicle. To establish copyright infringement, the Plaintiff must prove ownership of a valid copyright and copying of "constituent elements of the work that are original." *Feist Publications v. Rural Telephone Service Co.*, 499 U.S. 340, 361 (1991). The Plaintiff has failed to state a claim for copyright infringement. The Court recommends that the District Court decline to retain jurisdiction over the state law claim of trespass as the Plaintiff is unable to establish federal claim. *See*, 28 U.S.C. §1367(c).

**IT IS RESPECTFULLY RECOMMENDED:**

That the Affidavit of Indigency construed as a Motion to Proceed *In Forma Pauperis* (Doc. 2) be denied and this action be dismissed.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this __4th__ day of May, 2009.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record