# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

PATRICK LORNE FARRELL,

      Plaintiff,

v.                                   CASE NO: 2:09-cv-158-FtM-99DNF

VT INC., as Trustee for World Omni LT,
State of Florida,

      Defendants.

_____/

# O R D E R

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Douglas N. Frazier in which he recommends denying the *pro se* Plaintiff's motion to proceed *in forma pauperis* and dismissing this case because his complaint fails to state a claim upon which relief may be granted.[1] See 28 U.S.C. § 1915(e)(2)(B)(ii) (providing in pertinent part that "the court *shall* dismiss the case at anytime if the court determines that - the action . . . - fails to state a claim on which relief may be granted[.]") (emphasis added). Plaintiff has filed written objection, which includes a motion to recuse Judge Frazier and to strike his Report and Recommendation.[2]

The Court has undertaken a *de novo* review of those portions of the record to which Plaintiff's objections are made. See Macort v. Prem, Inc., 208 Fed.Appx. 781, 783-84 (11th Cir. 2006) (citing heath v. Jones, 863 F.2d 815, 822 (11th Cir. 1989)). After doing so, and being

---

[1] See docket 10; see also docket 1 (Plaintiff's complaint).

[2] See docket 12.

mindful that a *pro se* Plaintiff's complaint must be construed more liberally than one filed by an attorney, the Court concludes that Judge Frazier's Report and Recommendation should be adopted, confirmed, and approved in all respects, that Plaintiff's motions to recuse and strike should be denied as frivolous, and that Defendant Mike Scott's motion to dismiss should be denied as moot.

Accordingly, it is ordered and adjudged as follows:

1) Judge Frazier's report and Recommendation is adopted, confirmed, and approved in all respects and made a part of this order for all purposes.

2) Plaintiff's Motion to Proceed *In Forma Pauperis* (Dkt. 2) is denied.

3) Plaintiff's Motions to Strike and to Recuse (Dkt. 12) are denied.

4) Defendant Scott's Motion to Dismiss (Dkt. 11) is denied as moot.

5) Plaintiff is free to file his state claims in the appropriate State of Florida judicial forum.

6) This case is dismissed without prejudice.

7) The Clerk is directed to terminate any pending motions/deadlines and to close this case.

**DONE AND ORDERED** at Tampa, Florida, on May 15, 2009.


        s/*Richard A. Lazzara*
        **RICHARD A. LAZZARA**
        **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record